James L. Buchal, SBN 258128
E-mail:  jbuchal@mbllp.com
MURPHY & BUCHAL LLP
3425 SE Yamhill Street, Suite 100
Portland, OR  97214
Tel:    503-227-1011
Fax:    503-573-1939
*Attorneys for Amicus Curiae*
*National Police Association*

IN THE UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTATE OF DANIEL HERNANDEZ, by and through successors in interest, Manuel Hernandez, Maria Hernandez and M.L.H.; MANUEL HERNANDEZ, individually; MARIA HERNANDEZ, individually; M.L.H., a minor, by and through her guardian ad litem CLAUDIA SUGEY CHAVEZ | Case No. 2:20-cv-04477-DMG-KS |
| Plaintiffs, | **NOTICE OF MOTION AND MOTION FOR LEAVE TO PARTICIPATE AS AMICUS CURIAE AND MEMORANDUM IN SUPPORT THEREOF** |
| v. | Hon. Dolly M. Gee |
| CITY OF LOS ANGELES; LOS ANGELES POLICE DEPARTMENT; TONI MCBRIDE; and DOES 1 to 10, | Date:  October 30, 2020<br>Time:  9:30 a.m.<br>Place:  8C |
| Defendants. | |

1

## CERTIFICATE OF COMPLIANCE

This motion is made following extensive efforts to confer with counsel pursuant to L.R. 7-3 which have taken place by e-mail and telephone calls or attempted telephone calls since August 21, 2020, through which movant has learned that plaintiffs oppose the motion, the City will neither support nor oppose the motion, and defendant's position is uncertain.

## Motion

The National Police Association ("NPA"), a nonprofit entity formed to support law enforcement, moves for leave to participate in this case as *amicus curiae*.  A supporting Declaration of Ed Hutchison is filed herewith.

## Memorandum

This case concerns the conduct of law enforcement officers, most specifically Officer Toni McBride, of defendant City of Los Angeles, and in particular Officer McBride's use of lethal force on Mr. Daniel Hernandez.  The principal affirmative defenses in which NPA is interested are the Second Affirmative Defense alleging that Officer McBride "did not violate clearly established statutory or constitutional rights of which a reasonable person would have known" (City of Los Angeles Answer, at 16; Officer McBride Answer, at 9), other statutory claims of immunity, and the fundamental right of self-defense (McBride Answer, at 10).  It is a core mission of NPA to maintain law enforcement power and discretion to respond lawfully to violent offenders.

The Federal Rules of Civil Procedure do not address *amicus* appearances before the District Court.  NPA proceeds by analogy to the Federal Rules of Appellate Procedure to seek this Court's permission to appear, and provides the following information, consistent with Rule 29 of the Federal Rules of Civil Procedure.

2

NPA is not seeking to present any private interest of its own, but to present its position as to the correct rules of law to be applied in cases involving police response to public protests and demonstrations.  NPA is not aligned with any party in the case but expects to present positions support of defendant.

This case is at an early stage.  The complaints and initial answers were filed, but then the cases were consolidated by Order of August 18, 2020, and a Consolidated Amended Complaint was filed on September 8, 2020.  There are no relevant pending deadlines in the case, and this motion is therefore timely.

No prejudice to the parties will arise from allowing amicus participation.  NPA will not participate in discovery; its participation will be limited to filing one or more legal memoranda.  NPA anticipates that defendants will at some point make a motion for summary judgment involving one or more of the legal defenses they have raised in their answers, and NPA proposes, consistent with FRAP 29(a)(6), to file any amicus briefs within seven days after defendants' present such a motion.  Depending on the outcome of such motion, NPA may also propose to file a memorandum before trial concerning the appropriate legal standards to evaluate police conduct.

NPA believes that its briefing will benefit the Court by providing a broader perspective concerning the critical issues relating to police use of lethal force.  NPA also has serious concerns about the willingness of the governmental defendants here to defend police conduct.  NPA notes that there is serious political conflict between the police and the political leadership of Los Angeles, with the Mayor publicly referring to the police as "killers".[1]  This hostility is shared by members of the City

---

[1] *See, e.g.,* B. Frank, "Police Union Excoriates Mayor over Budget Cuts, 'Killers' Comment," LAist, June 5, 2020 (available at https://laist.com/2020/06/05/police_union_excoriates_mayor_over_budget_cuts_killers_comment.php (accessed 8/18/20)).

NOTICE OF MOTION AND MOTION FOR LEAVE TO PARTICIPATE AS AMICUS CURIAE AND MEMORANDUM IN SUPPORT THEREOF
Case No. 2:20-cv-04477-DMG-KS

Council, which has recently voted to slash $150 million from the police budget.[2] NPA notes that the Answer filed by the governmental entities repeatedly refers to a lack of "sufficient information and belief upon which to answer the factual allegations" even though the event occurred on April 22, 2020.  These circumstances enhance the value of amicus participation.

## Conclusion

For the foregoing reasons, NPA's motion for leave to participate *amicus curiae* should be granted.

DATED:  September 28, 2020.

Respectfully submitted,

*/s/  James L. Buchal*
MURPHY & BUCHAL LLP
James L. Buchal, SBN 258128
3425 SE Yamhill Street, Suite 100
Portland, OR  97214
Tel:   503-227-1011
Fax:  503-573-1939
E-mail:  jbuchal@mbllp.com
*Attorneys for Amicus Curiae*
*National Police Association*

---

[2] *See* K. Cagle, "Amid Calls to "Defund Police," Calling 9-1-1 Becomes Controversial," Spectrum News 1, Aug. 17, 2020 (available at https://spectrumnews1.com/ca/la-west/politics/2020/08/17/amid-calls-to--defund-police---calling-9-1-1-becomes-controversial (accessed 8/18/20)).

4

NOTICE OF MOTION AND MOTION FOR LEAVE TO PARTICIPATE AS AMICUS CURIAE AND MEMORANDUM IN SUPPORT THEREOF
Case No. 2:20-cv-04477-DMG-KS

**CERTIFICATE OF SERVICE**

I am a citizen of the United States and a resident of the State of Oregon. I am over 18 years of age and not a party to this action. My business address is 3425 S.E. Yamhill Street, Suite 100, Portland, OR 97214.

I certify that on September 28, 2020, the foregoing NOTICE OF MOTION AND MOTION FOR LEAVE TO PARTICIPATE AS *AMICUS CUIAE* AND MEMORANDUM IN SUPPORT THEREOF will be electronically mailed to all parties enrolled to receive such notice.

*s/ Carole A. Caldwell*

NOTICE OF MOTION AND MOTION FOR LEAVE TO PARTICIPATE AS AMICUS CURIAE AND MEMORANDUM IN SUPPORT THEREOF
Case No. 2:20-cv-04477-DMG-KS