**MICHAEL N. FEUER**, City Attorney
**KATHLEEN A. KENEALY,** Chief Assistant City Attorney – SBN 212289
**SCOTT MARCUS,** Chief, Civil Litigation Branch - SBN 184980
**CORY M. BRENTE**, Senior Assistant City Attorney – SBN 115453
**COLLEEN R. SMITH**, Deputy City Attorney – SBN 209719
200 North Main Street, 6th Floor, City Hall East
Los Angeles, CA 90012
Phone No.: (213) 978-7027
Fax No.:    (213) 978-8785
Email: colleen.smith@lacity.org

*Attorneys for Defendants,* **CITY OF LOS ANGELES and LOS ANGELES POLICE DEPARTMENT**

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTATE OF DANIEL HERNANDEZ, by and through successors in interest, Manuel Hernandez and Maria Hernandez; MANUEL HERNANDEZ, individually; MARIA HERNANDEZ, individually, <br><br> Plaintiffs, <br><br> vs. <br><br> CITY OF LOS ANGELES; LOS ANGELES POLICE DEPARTMENT; TONI MCBRIDE; and DOES 1 to 10, <br><br> Defendants. | **CASE NO. CV20-004477 DMG (KSx)** <br> *Hon. Dolly M. Gee, Ctrm. 8C, 8th Floor* <br> *Mag. Karen L. Stevenson, Ctrm 580, 5th Floor* <br><br> **DEFENDANT'S CITY OF LOS ANGELES AND LOS ANGELES POLICE DEPARTMENT'S ANSWER TO PLAINTIFFS' COMPLAINT FOR DAMAGES [DOCKET #26]; DEMAND FOR JURY TRIAL** |

**TO THE ABOVE-ENTITLED COURT AND TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

DEFENDANTS CITY OF LOS ANGELES and LOS ANGELES POLICE DEPARTMENT, answering Plaintiffs' Complaint for Damages (Docket #26) for themselves and for no other parties in the above-entitled action, hereby admit, deny, and allege as follows:

/ / /

/ / /

1

## "**INTRODUCTION**"

1.     Answering this paragraph, Defendants lack sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis deny the allegations.

2.     Answering this paragraph, Defendants lack sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis deny the allegations.

3.     Answering this paragraph, Defendants lack sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis deny the allegations.

## **JURISDICTION AND VENUE**"

4.     Answering this paragraph, Defendants admit that this Court has jurisdiction over this matter.   As to the remaining factual allegations, Defendants lack sufficient information and belief upon which to answer those factual allegations, and on that basis deny the allegations.

5.     Answering this paragraph, Defendants admit that venue is proper in this Court. As to the remaining factual allegations, Defendants lack sufficient information and belief upon which to answer those factual allegations, and on that basis deny the allegations.

6.     Answering this paragraph, Defendants admit that this Court has supplemental jurisdiction over this state law claims alleged in this matter.

## "**PARTIES**"

7.     Answering this paragraph, Defendants lack sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis deny the allegations.

8.     Answering this paragraph, Defendants lack sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis deny the allegations.

2

9.     Answering this paragraph, Defendants lack sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis deny the allegations.

10.    Answering this paragraph, Defendants lack sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis deny the allegations.

11.    Answering this paragraph, Defendants admit that the City of Los Angeles is a municipal corporation in the State of California and that the Los Angeles Police Department is a department within the City of Los Angeles.  As to the remaining factual allegations, Defendants lack sufficient information and belief upon which to answer those factual allegations, and on that basis deny the allegations.

12.    Answering this paragraph, Defendants admit that the City of Los Angeles employed Officer Toni McBride at the time of the alleged incident.  As to the remaining factual allegations, Defendants lack sufficient information and belief upon which to answer them, and on that basis deny the allegations.

13.    Answering this paragraph, Defendants lack sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis deny the allegations.

14.    Answering this paragraph, Defendants lack sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis deny the allegations.

15.    Answering this paragraph, Defendants lack sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis deny the allegations.

16.    Answering this paragraph, Defendants lack sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis deny the allegations.

/ / /

17.   Answering this paragraph, Defendants lack sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis deny the allegations.

18.   Answering this paragraph, Defendants lack sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis deny the allegations.

19.   Answering this paragraph, Defendants lack sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis deny the allegations.

20.   Answering this paragraph, Defendants lack sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis deny the allegations.

## "**FACTS COMMON TO ALL CLAIMS FOR RELIEF**"

21.   Answering this paragraph, which incorporates by reference the allegations in the preceding paragraphs of the Complaint, Defendants to the same extent incorporate by reference the answers provided herein to those paragraphs.

22.   Answering this paragraph, Defendants lack sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis deny the allegations.

23.   Answering this paragraph, Defendants lack sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis deny the allegations.

24.   Answering this paragraph, Defendants lack sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis deny the allegations.

25.   Answering this paragraph, Defendants lack sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis deny the allegations.

26.    Answering this paragraph, Defendants lack sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis deny the allegations.

27.    Answering this paragraph, Defendants lack sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis deny the allegations.

28.    Answering this paragraph, Defendants lack sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis deny the allegations.

29.    Answering this paragraph and each of its subparts, Defendants lack sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis deny the allegations.

a.    Answering this paragraph, Defendants lack sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis deny the allegations.

b.    Answering this paragraph, Defendants lack sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis deny the allegations.

c.    Answering this paragraph, Defendants lack sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis deny the allegations.

d.    Answering this paragraph, Defendants lack sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis deny the allegations.

e.    Answering this paragraph, Defendants lack sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis deny the allegations.

/ / /

f.      Answering this paragraph, Defendants lack sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis deny the allegations.

g.      Answering this paragraph, Defendants lack sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis deny the allegations.

h.      Answering this paragraph, Defendants lack sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis deny the allegations.

i.      Answering this paragraph, Defendants lack sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis deny the allegations.

j.      Answering this paragraph, Defendants lack sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis deny the allegations.

k.      Answering this paragraph, Defendants lack sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis deny the allegations.

l.      Answering this paragraph, Defendants lack sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis deny the allegations.

m.      Answering this paragraph, Defendants lack sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis deny the allegations.

n.      Answering this paragraph, Defendants lack sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis deny the allegations.

/ / /

o.      Answering this paragraph, Defendants lack sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis deny the allegations.

p.      Answering this paragraph, Defendants lack sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis deny the allegations.

q.      Answering this paragraph, Defendants lack sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis deny the allegations.

r.      Answering this paragraph, Defendants lack sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis deny the allegations.

s.      Answering this paragraph, Defendants lack sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis deny the allegations.

t.      Answering this paragraph, Defendants lack sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis deny the allegations.

u.      Answering this paragraph, Defendants lack sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis deny the allegations.

v.      Answering this paragraph, Defendants lack sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis deny the allegations.

w.      Answering this paragraph, Defendants lack sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis deny the allegations.

/ / /

7

x.      Answering this paragraph, Defendants lack sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis deny the allegations.

y.      Answering this paragraph, Defendants lack sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis deny the allegations.

z.      Answering this paragraph, Defendants lack sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis deny the allegations.

aa.      Answering this paragraph, Defendants lack sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis deny the allegations.

bb.      Answering this paragraph, Defendants lack sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis deny the allegations.

cc.      Answering this paragraph, Defendants lack sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis deny the allegations.

dd.      Answering this paragraph, Defendants lack sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis deny the allegations.

ee.      Answering this paragraph, Defendants lack sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis deny the allegations.

ff.      Answering this paragraph, Defendants lack sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis deny the allegations.

/ / /

gg.    Answering this paragraph, Defendants lack sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis deny the allegations.

30.    Answering this paragraph, Defendants lack sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis deny the allegations.

## "FIRST CAUSE OF ACTION

### Excessive Force/Unreasonable Seizure 42 U.S.C 1983

### As against Defendants TONI MCBRIDE

### and DOES 1 through 10"

31.    Answering this paragraph, which incorporates by reference the allegations in the preceding paragraphs of the Complaint, Defendants to the same extent incorporate by reference the answers provided herein to those paragraphs.

32.    Answering this paragraph, Defendants lack sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis deny the allegations.

33.    Answering this paragraph, Defendants lack sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis deny the allegations.

34.    Answering this paragraph, Defendants lack sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis deny the allegations.

35.    Answering this paragraph, Defendants lack sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis deny the allegations.

36.    Answering this paragraph, Defendants lack sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis deny the allegations.

37.   Answering this paragraph, Defendants lack sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis deny the allegations.

38.   Answering this paragraph, Defendants lack sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis deny the allegations.

39.   Answering this paragraph, Defendants lack sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis deny the allegations.

"**SECOND CLAIM FOR RELIEF**

**Municipal Liability for Unconstitutional Customs and Practices**

**42 U.S.C 1983**

**As against Defendant CITY LOS ANGELES,**

**LOS ANGELES POLICE DEPARTMENT and DOES 1 through 10"**

40.   Answering this paragraph, which incorporates by reference the allegations in the preceding paragraphs of the Complaint, Defendants to the same extent incorporate by reference the answers provided herein to those paragraphs.

41.   Answering this paragraph, Defendants lack sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis deny the allegations.

42. Answering this paragraph and each of its subparts, Defendants lack sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis deny the allegations.

   a.      Answering this paragraph, Defendants lack sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis deny the allegations.

/ / /

b.      Answering this paragraph, Defendants lack sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis deny the allegations.

c.      Answering this paragraph, Defendants lack sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis deny the allegations.

d.      Answering this paragraph, Defendants lack sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis deny the allegations.

e.      Answering this paragraph, Defendants lack sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis deny the allegations.

f.      Answering this paragraph, Defendants lack sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis deny the allegations.

g.      Answering this paragraph, Defendants lack sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis deny the allegations.

h.      Answering this paragraph, Defendants lack sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis deny the allegations.

i.      Answering this paragraph, Defendants lack sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis deny the allegations.

j.      Answering this paragraph, Defendants lack sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis deny the allegations.

/ / /

11

k.    Answering this paragraph, Defendants lack sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis deny the allegations.

l.    Answering this paragraph, Defendants lack sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis deny the allegations.

m.    Answering this paragraph, Defendants lack sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis deny the allegations.

n.    Answering this paragraph, Defendants lack sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis deny the allegations.

o.    Answering this paragraph, Defendants lack sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis deny the allegations.

p.    Answering this paragraph, Defendants lack sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis deny the allegations.

q.    Answering this paragraph, Defendants lack sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis deny the allegations.

r.    Answering this paragraph, Defendants lack sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis deny the allegations.

s.    Answering this paragraph, Defendants lack sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis deny the allegations.

/ / /

t.      Answering this paragraph, Defendants lack sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis deny the allegations.

u.      Answering this paragraph, Defendants lack sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis deny the allegations.

v.      Answering this paragraph, Defendants lack sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis deny the allegations.

w.      Answering this paragraph, Defendants lack sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis deny the allegations.

x.      Answering this paragraph, Defendants lack sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis deny the allegations.

y.      Answering this paragraph, Defendants lack sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis deny the allegations.

z.      Answering this paragraph, Defendants lack sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis deny the allegations.

aa.      Answering this paragraph, Defendants lack sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis deny the allegations.

bb.      Answering this paragraph, Defendants lack sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis deny the allegations.

/ / /

43.   Answering this paragraph, Defendants lack sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis deny the allegations.

44.   Answering this paragraph, Defendants lack sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis deny the allegations.

45.   Answering this paragraph, Defendants lack sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis deny the allegations.

46. Answering this paragraph, Defendants lack sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis deny the allegations.

47. Answering this paragraph, Defendants lack sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis deny the allegations.

48.   Answering this paragraph, Defendants lack sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis deny the allegations.

49.   Answering this paragraph, Defendants lack sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis deny the allegations.

50.   Answering this paragraph, Defendants lack sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis deny the allegations.

51.   Answering this paragraph, Defendants lack sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis deny the allegations.

/ / /

14

52.    Answering this paragraph, Defendants lack sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis deny the allegations.

53.    Answering this paragraph, Defendants lack sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis deny the allegations.

54.    Answering this paragraph, Defendants lack sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis deny the allegations.

### "THIRD CLAIM FOR RELIEF

**Interference with Familial Integrity**

**Substantive Due Process Violation**

**42 U.S.C. § 1983**

**As Against Defendants CITY OF LOS ANGELES, LOS ANGELES POLICE DEPARTMENT, TONI MCBRIDE,**

**and DOE Defendants 1 through 10"**

55.    Answering this paragraph, which incorporates by reference the allegations in the preceding paragraphs of the Complaint, Defendants to the same extent incorporate by reference the answers provided herein to those paragraphs.

56.    Answering this paragraph, Defendants lack sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis deny the allegations.

57.    Answering this paragraph, Defendants lack sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis deny the allegations.

58.    Answering this paragraph, Defendants lack sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis deny the allegations.

59.    Answering this paragraph, Defendants lack sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis deny the allegations.

60.    Answering this paragraph, Defendants lack sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis deny the allegations.

61.    Answering this paragraph, Defendants lack sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis deny the allegations.

62.    Answering this paragraph, Defendants lack sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis deny the allegations.

## "FOURTH CLAIM FOR RELIEF
### ASSAULT & BATTERY
**As Against Defendants TONI MCBRIDE, CITY OF LOS ANGELES and DOE Defendants 1 through 10"**

63.    Answering this paragraph, which incorporates by reference the allegations in the preceding paragraphs of the Complaint, Defendants to the same extent incorporate by reference the answers provided herein to those paragraphs.

64.    Answering this paragraph, Defendants lack sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis deny the allegations.

65.    Answering this paragraph, Defendants lack sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis deny the allegations.

66.    Answering this paragraph, Defendants lack sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis deny the allegations.

67.    Answering this paragraph, Defendants lack sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis deny the allegations.

68.    Answering this paragraph, Defendants lack sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis deny the allegations.

69.    Answering this paragraph, Defendants lack sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis deny the allegations.

## **"FIFTH CLAIM FOR RELIEF**

### **WRONGFUL DEATH**

### **As Against Defendants TONI MCBRIDE,**

### **CITY OF LOS ANGELES and DOE Defendants 1 through 10"**

70.    Answering this paragraph, which incorporates by reference the allegations in the preceding paragraphs of the Complaint, Defendants to the same extent incorporate by reference the answers provided herein to those paragraphs.

71.    Answering this paragraph, Defendants lack sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis deny the allegations.

72.    As this paragraph does not contain any factual allegations, it goes unanswered.

73.    Answering this paragraph, Defendants lack sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis deny the allegations.

74.    Answering this paragraph, Defendants lack sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis deny the allegations.

/ / /

75.     Answering this paragraph, Defendants lack sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis deny the allegations.

76.     Answering this paragraph, Defendants lack sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis deny the allegations.

## "SIXTH CLAIM FOR RELIEF

### Civil Rights Violations (Cal. Civ. Code§ 51.7 and 52.1)

### As Against Defendants CITY OF LOS ANGELES, LOS ANGELES POLICE DEPARTMENT, TONI MCBRIDE and DOE Defendants 1 through 10"

77.     Answering this paragraph, which incorporates by reference the allegations in the preceding paragraphs of the Complaint, Defendants to the same extent incorporate by reference the answers provided herein to those paragraphs.

78.     Answering this paragraph, Defendants lack sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis deny the allegations.

79.     Answering this paragraph, Defendants lack sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis deny the allegations.

80.     Answering this paragraph, Defendants lack sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis deny the allegations.

81.     As this paragraph does not contain any factual allegations, it goes unanswered. Case law and statutes speak for themselves.

82.     Answering this paragraph, Defendants lack sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis deny the allegations.

18

83.    Answering this paragraph, Defendants lack sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis deny the allegations.

84.    Answering this paragraph, Defendants lack sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis deny the allegations.

85.    Answering this paragraph, Defendants lack sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis deny the allegations.

## "SEVENTH CLAIM FOR RELIEF
## (VIOLATION OF 42 U.S.C.§ 1985 (3))
### (By Plaintiffs against All Individual Defendants)

86.    Answering this paragraph, which incorporates by reference the allegations in the preceding paragraphs of the Complaint, Defendants to the same extent incorporate by reference the answers provided herein to those paragraphs.

87.    Answering this paragraph, Defendants lack sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis deny the allegations.

88.    Answering this paragraph, Defendants lack sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis deny the allegations.

89.    Answering this paragraph, Defendants lack sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis deny the allegations.

90.    Answering this paragraph, Defendants lack sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis deny the allegations.

## AFFIRMATIVE DEFENSES

As separate and distinct affirmative defenses, Defendants allege each of the following:

### FIRST AFFIRMATIVE DEFENSE TO THE COMPLAINT
### AND EACH PURPORTED CAUSE OF ACTION THEREIN
**(Failure To State A Cause of Action)**

1.     Defendants allege that the complaint on file in this action, nor any of the alleged causes of action therein, state facts sufficient to constitute a cause of action on which relief can be granted against Defendants.

### SECOND AFFIRMATIVE DEFENSE TO THE COMPLAINT
### AND EACH PURPORTED CAUSE OF ACTION THEREIN
**(Qualified Immunity - Federal)**

2.     Defendants are protected from liability under the doctrine of qualified immunity because the alleged conduct of Defendants' employees did not violate clearly established statutory or constitutional rights of which a reasonable person would have known.

### THIRD AFFIRMATIVE DEFENSE TO THE COMPLAINT
### AND EACH PURPORTED CAUSE OF ACTION THEREIN
**(Qualified Immunities - State)**

3.     Defendants are immune from liability pursuant to the provisions of each of the following California statutes, each of which is set forth as a separate and distinct affirmative defense: California Government Code §§ 815.2, 815.6, 818, 818.8, 820.2, 820.4, 820.8, 822.2, 835a, 845, 845.6, 845.8, 846, 850.8, 855.6, and 856.4.

/ / /
/ / /
/ / /

## FOURTH AFFIRMATIVE DEFENSE TO THE COMPLAINT
## AND EACH PURPORTED CAUSE OF ACTION THEREIN
### (Statute of Limitations)

4.      Some or all of Plaintiffs' claims may be barred by the Statute of Limitations.

## FIFTH AFFIRMATIVE DEFENSE TO THE COMPLAINT
## AND EACH PURPORTED CAUSE OF ACTION THEREIN
### (Contributory Negligence By Decedent)

5.      Defendants allege that the decedent, Daniel Hernandez, was negligent in that he failed to use ordinary care, caution and prudence in and about the matters alleged in the operative complaint and in each cause of action therein.  The answering Defendants further allege that the damages alleged were directly and proximately caused and contributed to by the negligence of the decedent and the extent of damages sustained, if any, should be reduced in proportion to the amount of said negligence.

## SIXTH AFFIRMATIVE DEFENSE TO THE COMPLAINT
## AND EACH PURPORTED CAUSE OF ACTION THEREIN
### (Contributory Negligence By Other Persons)

6.      Defendants allege that the damages complained of by Plaintiffs, if any, were either wholly or in part directly and proximately caused by the negligence or other culpable conduct of other persons or entities other than the answering Defendants.  The damages alleged, if any, were directly and proximately caused and contributed to by the negligence of other persons, and the extent of damages sustained, if any, should be reduced in proportion to the amount of said negligence.

/ / /
/ / /
/ / /

## SEVENTH AFFIRMATIVE DEFENSE TO THE COMPLAINT
## AND EACH PURPORTED CAUSE OF ACTION THEREIN
### (Self-Defense)

7.     The force used against Plaintiffs, if any, was caused and necessitated by the actions of the decedent, Daniel Hernandez, and was reasonable and necessary for self-defense.

## EIGHTH AFFIRMATIVE DEFENSE TO THE COMPLAINT
## AND EACH PURPORTED CAUSE OF ACTION THEREIN
### (Defense of Others)

8.     The force used against the decedent, Daniel Hernandez, if any, was caused and necessitated by the actions of the decedent, Daniel Hernandez, and was reasonable and necessary for the defense of others.

## NINTH AFFIRMATIVE DEFENSE TO THE COMPLAINT
## AND EACH PURPORTED CAUSE OF ACTION THEREIN
### (Standing)

9.     Some or all of Plaintiffs' claims may be barred by lack of standing.

WHEREFORE, Defendants pray for judgment as follows:

1.     That Plaintiffs take nothing by this action;

2.     That the action be dismissed;

3.     That Defendants be awarded costs of suit;

/ / /
/ / /
/ / /
/ / /
/ / /

4.      That Defendants be awarded other and further relief as the Court may deem just and proper, including an award of attorney's fees pursuant to 42 U.S.C. § 1988.

Dated: September 29, 2020   **MICHAEL N. FEUER**, City Attorney
**KATHLEEN A. KENEALY,** Chief Asst. City Attorney
**SCOTT MARCUS**, Senior Asst. City Attorney
**CORY M. BRENTE**, Senior Asst. City Attorney

By:      */S/ - Colleen R. Smith*
      **COLLEEN R. SMITH**, Deputy City Attorney
      Attorneys for Defendants, **CITY OF LOS ANGELES**
      and **LOS ANGELES POLICE DEPARTMENT**

1

## **DEMAND FOR JURY TRIAL**

2            Defendants CITY OF LOS ANGELES and LOS ANGELES POLICE

3  DEPARTMENT hereby demand and request a trial by jury in this matter.

4

5  Dated: September 29, 2020   **MICHAEL N. FEUER**, City Attorney
**KATHLEEN A. KENEALY,** Chief Asst. City Attorney
**SCOTT MARCUS**, Senior Asst. City Attorney

6                                 **CORY M. BRENTE**, Senior Asst. City Attorney

7                        By:       */S/ - Colleen R. Smith*

8                        **COLLEEN R. SMITH**, Deputy City Attorney
Attorneys for Defendants, **CITY OF LOS ANGELES**

9                      and **LOS ANGELES POLICE DEPARTMENT**

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28