**MKRTCHYAN LAW**
Narine Mkrtchyan, Esq. (SBN 243269)
1010 N. Central Ave, Suite 204
Glendale, CA 91202
Telephone No. (818) 388-7022
Web: www.narinelaw.com
Email: narine57@gmail.com

Attorney for Plaintiff M.L.H.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| M.L.H. by and through her guardian ad litem CLAUDIA SUGEY CHAVEZ as successor in interest to decedent DANIEL HERNANDEZ, et al.<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF LOS ANGELES; LOS ANGELES POLICE DEPARTMENT TONI MCBRIDE; and DOES 1-10.<br><br>Defendants. | Case No. 20-cv-04477-SB-(KSx)<br><br>**RE-NOTICE OF MOTION AND MOTION TO COMPEL DISCOVERY; MOTION FOR MONETARY SANCTIONS; RULE 37-2.2 STIPULATION**<br><br>**HONORABLE KAREN L. STEVENSON**<br><br>DATE: 5/14/2021<br>TIME: 10:00 AM<br>CTRM: 580<br>DCO:6/22/2021<br>TRIAL DATE:10/26/2021 |

1

TO DEFENDANTS AND TO THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT on Friday, May 14, 2021, at the hour of 10:00 a.m. or as soon thereafter as Counsel may be heard in Courtroom "580" of the above referenced Court located at Roybal Federal Building and Courthouse, 255 E. Temple St., Los Angeles, CA 90012, Plaintiff will and does hereby move this Court for an Order overruling defendants' objections to discovery and compelling complete responses to Plaintiff's Requests for Production of Records and Special Interrogatories as set forth in the appended Joint Stipulation.

In addition, Plaintiff seeks an award of monetary sanctions in accordance with FRCP 37(a) and Local Rule 37-4 by reason of defense counsel's boilerplate objections and delays in discovery.

Said motion is based on this Notice, the records, papers and files in this case, and the Discovery Stipulation served and filed herewith, as well as such oral and documentary evidence as may be produced at the hearing on the Motion.

DATED: April 23, 2021

**MKRTCHYAN LAW**

By: /s/ Narine Mkrtchyan
**NARINE MKRTCHYAN**
Attorney for Plaintiff M.L.H.