Narine Mkrtchyan
1010 N. Central Ave., Suite 204
Glendale, CA 91202

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| M.L.H., et al. | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | Case No. 20-cv-04477-SB-(KSx) |
| v. | |
| City of Los Angeles, et al | NOTICE OF MANUAL FILING OR LODGING |
| DEFENDANT(S). | |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually ☑ Filed  ☐ Lodged: **(List Documents)**

Flash drive as Exhibit I to Plaintiff's motion to compel, document number 52

**Reason:**
☐ Under Seal
☐ In Camera
☑ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
☐ Per Court order dated: _____
☐ Other:

April 23, 2021
Date

Narine Mkrtchyan
Attorney Name

Plaintiff M.L.H.
Party Represented

*Note:* File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).

G-92 (05/15)   NOTICE OF MANUAL FILING OR LODGING