# EXHIBIT 1

**NARINE MKRTCHYAN** (State Bar No. 243269)
**MKRTCHYAN LAW**
1010 N. Central Ave, Suite 204
Glendale, CA 91203
Telephone: (818) 388-7022
Web: www.narinelaw.com
Email: narine57@gmail.com

Attorney for Plaintiff M.L.H.

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| M.L.H. by and through her guardian ad litem CLAUDIA SUGEY CHAVEZ as successor in interest to decedent DANIEL HERNANDEZ, et al.<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF LOS ANGELES; LOS ANGELES POLICE DEPARTMENT TONI MCBRIDE; and DOES 1-10<br><br>Defendants. | Case No. 20-cv-04477-SB-(KSx)<br><br>**DECLARATION OF YOLANDA MADISON** |

//
//
//

1

## DECLARATION OF YOLANDA MADISON

1. My name is Yolanda Madison. Plaintiff MLH has requested I describe the shooting of Daniel Hernandez that occurred on April 22, 2020 as I witnessed it.
2. I am the owner of the RV that Daniel Hernandez hit.
3. I was in the RV, taking a shower, when Daniel Hernandez's truck crashed into my RV. There was a three to four minutes between the crash and when I came out.
4. I got dressed and when I came out, I saw Daniel Hernandez with a knife. It was a little switchblade knife that was not sharp enough to cut to his throat.
5. I asked what he was doing. Daniel Hernandez stated to me that he was looking around, then he lowered the knife when he noticed more people coming around and appeared to have started panicking.
6. He did not seem under the influence but seemed scared. I told Daniel Hernandez that no one is dead. He was listening and was putting the knife down. I then saw Daniel Hernandez see people videotaping and the police, and he went to the backseat and started panicking.
7. I did not see any injuries when he was in the truck.
8. I went back into the RV to get my shoes and did not see the first round of shots. I did not see him coming out of the truck.
9. When I got back out of the RV, Daniel Hernandez was down and then more shots were fired.
10. To me, they did not need to shoot. They could have talked to him. I was talking to him and he seemed to listen.

11. I did not feel any threat from him and told him it was just an accident and it was going to be ok.

12. All I heard was, "freeze, freeze," and "stop, stop" from different voices and that the victim has a knife, then I heard shots fired.

13. I declare under penalty of perjury that the foregoing is true and correct. As to matters stated on information and belief, I believe them to be true. Executed this day of June 21, 2021.

*[Signature]*