Case 2:20-cv-04477-SB-KS   Document 113   Filed 08/17/21   ID #:3543

FILED
CLERK, U.S. DISTRICT COURT
August 17, 2021
CENTRAL DISTRICT OF CALIFORNIA
BY: ___VPC___ DEPUTY

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTATE OF DANIEL HERNANDEZ, by and through successors in interest, Manuel Hernandez, Maria Hernandez and M.L.H.; MANUEL HERNANDEZ, individually; MARIA HERNANDEZ, individually; M.L.H., a minor, by and through her guardian ad litem CLAUDIA SUGEY CHAVEZ,<br><br>　　　　　　Plaintiffs,<br><br>v.<br><br>CITY OF LOS ANGELES; LOS ANGELES POLICE DEPARTMENT; TONI MCBRIDE; and DOES 1 to 10,<br><br>　　　　　　Defendants. | Case No.  20-cv-04477-SB (KSx)<br><br>**JUDGMENT** |

WHEREAS, Defendants TONI McBRIDE, CITY OF LOS ANGELES and LOS ANGELES POLICE DEPARTMENT's ("Defendants") Motion for Summary Judgment having been granted by the Court on August 10, 2021 (Order, Dkt. 111), against Plaintiffs ESTATE OF DANIEL HERNANDEZ, MANUEL HERNANDEZ, MARIA HERNANDEZ and M.L.H., a minor, by and through her guardian ad litem CLAUDIA SUGEY CHAVEZ ("Plaintiffs"), Judgment is hereby entered in favor of Defendants.

NOW THEREFORE, IT IS HEREBY ORDERED THAT:

1. Judgment is entered forthwith in favor of Defendants TONI McBRIDE, CITY OF LOS ANGELES and LOS ANGELES POLICE DEPARTMENT, as against Plaintiffs ESTATE OF DANIEL HERNANDEZ, MANUEL HERNANDEZ, MARIA HERNANDEZ and M.L.H., a minor, by and through her guardian ad litem CLAUDIA SUGEY CHAVEZ;

2. Plaintiffs shall take nothing by way of their consolidated Complaint (Dkt. 26) as against Defendants; and

3. Defendants shall recover their costs in accordance with Local Rule 54.

**IT IS SO ORDERED.**

Dated: August 17, 2021

Stanley Blumenfeld, Jr.
United States District Judge