UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

APR 18 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| ESTATE OF DANIEL HERNANDEZ, by and through successors in interest, Manuel Hernandez, Maria Hernandez and M.L.H.; MANUEL HERNANDEZ, individually; MARIA HERNANDEZ, individually, <br><br>         Plaintiffs-Appellants, <br><br> and <br><br> M.L.H., a minor, by and through her guardian ad litem Claudia Sugey Chavez, <br><br>         Plaintiff, <br><br>   v. <br><br> CITY OF LOS ANGELES; LOS ANGELES POLICE DEPARTMENT; TONI MCBRIDE, <br><br>         Defendants-Appellees. | No. 21-55994 <br><br> D.C. Nos.  2:20-cv-04477-SB-KS <br>           2:20-cv-05154-DMG-KS <br><br><br> ORDER |
| M.L.H., a minor, by and through her guardian ad litem Claudia Sugey Chavez, <br><br>         Plaintiff-Appellant, <br><br> and <br><br> ESTATE OF DANIEL HERNANDEZ, by and through successors in interest, Manuel Hernandez, Maria Hernandez and M.L.H.; MANUEL HERNANDEZ, individually; MARIA HERNANDEZ, individually, <br><br>         Plaintiffs, <br><br>   v. | No. 21-55995 <br><br> D.C. Nos.  2:20-cv-04477-SB-KS <br>           2:20-cv-05154-DMG-KS |

CITY OF LOS ANGELES; LOS ANGELES
POLICE DEPARTMENT; TONI
MCBRIDE,

               Defendants-Appellees.

Before:  M. SMITH, COLLINS, and LEE, Circuit Judges.

A judge of this court has called for a vote to determine whether this case should be reheard en banc. The parties are directed to file simultaneous briefs setting forth their respective positions on whether this case should be reheard en banc.  The briefs shall not exceed 15 pages unless they comply with the alternative length limitation of 4,200 words, and they shall be filed within twenty-one (21) days of the date of this order.  *See* 9th Cir. R. 40-1.